# UNITED STATES DISTRICT COURT
### for the

___Western___ District of ___Virginia___

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
for Danville
MAR 1 2 2008
JOHN F. CORCORAN, CLERK
BY: *Fay Coleman*
DEPUTY CLERK

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| CURTIS O'BRIAN DILLARD | ) | Case No: 4:02cr70014-001 |
|  | ) | USM No: 08733-084 |
| Date of Previous Judgment: ___5/4/05___ | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:

☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of _____60_____ months **is reduced to** ___59 months*___ .

## I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 31 | Amended Offense Level: | 29 |
| Criminal History Category: | II | Criminal History Category: | II |
| Previous Guideline Range: | 121 to 151 months | Amended Guideline Range: | 120 to 121 months |

## II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☐ The reduced sentence is within the amended guideline range.

☒ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

## III. ADDITIONAL COMMENTS
The Government has objected to a reduction based on aspects of Defendant's pre-sentencing conduct. Finding that the pre-sentencing conduct is adequately accounted for under the amended guideline range, and upon consideration of the factors set forth in 18 U.S.C. § 3553(a) and U.S.S.G. § 1B1.10, the Government's objections are overruled and Defendant's sentence is reduced as provided above.

\* Defendant's term of imprisonment is reduced to 59 months, but not less than time served.

Except as provided above, all provisions of the judgment dated ___5/4/05___ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: March 12, 2008

*Norman K. Moon*
Judge's signature

Effective Date: March 22, 2008
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title